IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHINA COOPER WILCOX, individually and**            **PLAINTIFF**
**as executor of the estate of I.C.**

v.          CASE NO. 3:19-CV-00288-BSM

**DART TRANS, INC.,** *et al.*           **DEFENDANTS**

### ORDER

China Wilcox is directed to provide notice of service for the estate of Charles Wilcox within fourteen (14) days of the date of this order, or her claims against the estate will be dismissed without prejudice. *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993).

IT IS SO ORDERED this 15th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE