**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CHINA COOPER WILCOX, individually**                                         **PLAINTIFF**
**and as executor of the estate of I.C., a minor**

v.                           **CASE NO. 3:19-CV-00288-BSM**

**DART TRANS, INC.,** *et al.*                                                **DEFENDANTS**

## ORDER

Ruben Crista's motion to dismiss [Doc. No. 6] is granted, and China Wilcox's claims against Crista are dismissed with prejudice. *See Wynn v. Gateway 2000, Inc.*, 18 F. App'x 449, 450 (8th Cir. 2001) (per curiam) (affirming district court's dismissal with prejudice for plaintiff's failure to serve defendant). It is undisputed that Wilcox has failed to timely serve Crista. Fed. R. Civ. P. 4(m); Def.'s Br. Supp. Mot. Dismiss at 2, Doc. No. 7.

IT IS SO ORDERED this 16th day of June, 2020.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE