IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CAMESHA S. MARKS**                                                                        **PLAINTIFF**

v.                              **CASE NO. 3:19-CV-00288-BSM**

**JEFFERSON COUNTY, ARKANSAS,** *et al.*                                     **DEFENDANTS**

## ORDER

Camesha Marks is directed to provide notice of service on Jefferson County, Arkansas within fourteen (14) days, or her claims against the county will be dismissed without prejudice. *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993).

IT IS SO ORDERED this 17th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE