IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHINA COOPER WILCOX, individually**                          **PLAINTIFF**
**and as executor of the estate of I.C.**

v.                **CASE NO. 3:19-CV-00288-BSM**

**DART TRANS, INC.,** *et al.*                                   **DEFENDANTS**

## ORDER

Defendants' motion for leave to file settlement approval documents under seal [Doc. No. 15] is granted.

IT IS SO ORDERED, this 2nd day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE