IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHINA COOPER WILCOX, individually**                                  **PLAINTIFF**
**and as executor of the estate of I.C.**

v.                 **CASE NO. 3:19-CV-00288-BSM**

**DART TRANS, INC.,** *et al.*                                                     **DEFENDANTS**

## **ORDER**

The parties' joint motion to approve their settlement [Doc. No. 17] is granted because the settlement was entered into voluntarily and its terms are fair and reasonable. The parties are ordered to file a joint stipulation of dismissal once they have executed the settlement agreement. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED, this 5th day of March, 2021.

                                                               /s/ Brian S. Miller
                                                        UNITED STATES DISTRICT JUDGE