IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHINA COOPER WILCOX, individually**                         **PLAINTIFF**
**and as executor of the estate of I.C.**

v.                  CASE NO. 3:19-CV-00288-BSM

**DART TRANS, INC.,** *et al.*                                               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE